UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Harrison Ross Byck, Esq.
Law Offices of Kasuri Byck, LLC
340 Route 1 North
Edison, NJ 08817
(732) 253-7630
(732) 253-7632 (Fax)
Email: lawfirm@kasuribyck.com
Bar ID: 026831988

Order Filed on March 28, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

James Gore
Debtor

Case No.:       17-33340-KCF

Chapter:        7

Hearing Date:   March 26, 2019 10:00 a.m.

Judge:          Ferguson

## ORDER GRANTING MOTION TO REOPEN CASE TO FILE CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE

The relief set forth on the following page is **ORDERED**.

*[Leave the rest of this page blank]*

**DATED: March 28, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having reviewed the debtor's Motion to Reopen Case to File Certification About a Financial Management Course, and any related responses or objections, it is hereby

ORDERED that:

1. The debtor's case is reopened.

2. If the debtor(s) has not already done so, then within 14 days of the date of this order, the debtor(s) must file the *Certification About a Financial Management Course* (if this is a joint case, each debtor must file a separate Certification).

3. The debtor's discharge shall be entered upon the filing of the *Certification About a Financial Management Course.*

4. If the debtor(s) fails to file the *Certification About a Financial Management Course* within 14 days of the date of this order, the case will be reclosed without entry of the discharge, and without further notice from the Court.